UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-956 (DSD/SRN)

Reginald P. Burgess,
Plaintiff

v.

Glenborough Realty Trust, et al.

Defendants.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights (440) List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: May 30, 2001

David S. Doty, Judge
U.S. District Court

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

9