137926

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-956 ADM/SRN **Case Title:** Burgess v. Glenborough Realty Trust, et al.

**Affidavit of Movant**

I, Gregory J. Johnson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Edward M. Bull, III, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Glenborough Realty Trust, Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 202678 Date: 6/11/01

**Affidavit of Proposed Admittee**

I, Edward M. Bull, III, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Edward M. Bull, III Signature: [signature] Date: 6/19/01

Attorney License Number: California State Bar No. 141996

Law Firm Name & Address: Banning, Micklow, Bull & Lopez, LLP
100 Spear Street, Suite 1850
San Francisco, CA 94105-1528

Telephone: (415) 399-9191

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: JUN 27 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______