UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGINALD BURGESS,

Plaintiff,

v.

GLENBOUROUGH REALTY TRUST, et al,

Defendants.

ORDER

Civil No. 01-956 (ADM/SRN)

---

Plaintiff filed a Notice of Dismissal of his complaint on August 1 2001. Defendant also filed a Motion to Dismiss this matter on July 18, 2001. In light of the agreement of counsel IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED.

Dated: August 8, 2001

JUDGE ANN D. MONTGOMERY
United States District Court

AUG 0 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DEPUTY CLERK
JUDGMENT ENTD
RICHARD D. SLETTEN, CLERK
FILED