UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGINALD P. BURGESS,

Plaintiff,

v.

GLENBOROUGH REALTY TRUST,
ET. AL.,

Defendants.

ORDER

Civil No. 01-956(ADM/SRN)

---

This matter is before the Court on Plaintiff's self-styled "Motion for Retention Order or Reopen Under FRCP 60(b)."

Based upon the files and records herein IT IS HEREBY ORDERED that this motion is DENIED.

Dated: October 1, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK